IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Anthony M. Rufo and TR Getz, LP :
:
v. : No. 2735 C.D. 2015
:
Board of License and Inspection :
Review and City of Philadelphia :
:
Appeal of: The City of Philadelphia :

# **O R D E R**

NOW, February 17, 2017, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge